



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00100-CR

Valerie Ann **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-0531
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:       Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal. The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH